IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LAPHONSO DAVIS,
    Plaintiff,

v.                                                            Civil Action No. 3:22cv448

ARLINGTON COUNTY JAIL, et. al,
    Defendants.

## MEMORANDUM OPINION

On June 29, 2022, the Court conditionally docketed the plaintiff's action. The plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on July 22, 2022, the Court directed the plaintiff to pay an initial partial filing fee of $1.15 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). By Memorandum Order entered on August 4, 2022, the Court granted the plaintiff a thirty (30) day extension of time to pay the fee. More than thirty (30) days have elapsed, and the plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, the plaintiff is not entitled to proceed *in forma pauperis*. The plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 19 September 2022
Richmond, Virginia